UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL LUGO,

    Plaintiff,

vs.                                  Case No. 9:22-cv-81553-AMC

I.D.B.T., INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through his undersigned counsel, hereby dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 5th day of January, 2023.

                                            s/Lee D. Sarkin
                                            LEE D. SARKIN, ESQ.
                                            Attorney For Plaintiff
                                            Florida Bar No. 962848
                                            E-mail: LSarkin@aol.com
                                            DREW M. LEVITT, ESQ.
                                            Attorney For Plaintiff
                                            Florida Bar No. 782246
                                            drewmlevitt@gmail.com
                                            4700 NW Boca Raton Blvd.
                                            Suite 302
                                            Boca Raton, Florida 33431
                                            Telephone (561) 994-3622