**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81553-CIV-CANNON**

**DANIEL LUGO**,

     Plaintiff,

v.

**I.D.B.T., INC.**,

     Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 5], filed on January 5, 2023.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiffs prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, effective January 5, 2023, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 5].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of January 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record